UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

IN THE MATTER OF )
THE EXTRADITION OF ) Misc. No. 3:08 M JS
HEINZ-JURGEN RICHARD GLAS ) (Under Seal)
)

**FILED**
CHARLOTTE, NC

JAN 9 2008

U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

ORDER

BEFORE ME, a United States Magistrate Judge for the Western District of North Carolina, personally appeared Assistant United States Attorney Craig D. Randall, the complainant herein, whose complaint made under oath in accordance with 18 U.S.C. § 3184 sets forth facts on the basis of which I find probable cause to believe that Heinz-Jurgen Richard Glas should be apprehended and brought before this Court of the end that the evidence of criminality may be heard and considered as provided in Title 18, United States Code, Section 3184, and the Extradition Treaty and the Supplementary Extradition Treaty between the United States and the Federal Republic of Germany. I further find that Glas would flee if he learned of the existence of the warrant, the complaint or this order.

IT IS THEREFORE ORDERED that a warrant for the arrest of Heinz-Jurgen Richard Glas be issued and that the complaint, this order and the warrant be kept under the seal of the court until the person is arrested or otherwise ordered.

Carl Horn, III
United States Magistrate Judge

Date: 1/9/08