FILED
CHARLOTTE, N.C.
FEB 21 2008
U.S. DISTRICT COURT
W. DIST. OF N.C.

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| IN THE MATTER OF )<br>THE EXTRADITION OF )<br>HEINZ-JURGEN RICHARD GLAS )<br>) | Misc. No. 3:08 MJ 5 |

## ORDER

The Court having received the Complaint filed on January 9, 2008, by Craig D. Randall, Assistant United States Attorney for the Western District of North Carolina, for and on behalf of the Government of Germany, pursuant to the request of the Government of Germany, for the extradition of Heinz-Jurgen Richard Glas, and an affidavit executed by Glas, witnessed by his attorney, Peter Adolf;

And, further, the Court having been advised in open session that Heinz-Jurgen Richard Glas is a fugitive sought by the Government of Germany; that he is aware that the Government of Germany has filed charges against him and has obtained a warrant for his arrest; that he has reviewed the Complaint filed by the United States Attorney for this judicial district; that he has been fully advised of his rights in this country pursuant to the extradition treaty in force between the Government of the United States and the Government of Germany and Title 18, United States Code, § 3184 *et seq.*, and that he has knowingly and voluntarily waived those rights;

IT IS THEREFORE ORDERED that Heinz-Jurgen Richard Glas be committed to the custody of the United States Marshal for the Western District of North Carolina pending arrival of the duly authorized representatives of the Government of Germany, at which time the United States Marshal shall deliver him to the custody of such authorized representatives to be transported to Germany to be held for trial or other disposition; and

IT IS FURTHER ORDERED that the transfer of physical custody of Heinz-Jurgen Richard Glas shall be at such time and place as mutually agreed upon by the United States Marshal for the Western District of North Carolina and the duly authorized representatives of the Government of Germany.

The Clerk of the Court is directed to forward copies of this Order and the executed Affidavit of Waiver to the Director, Office of International Affairs, Criminal Division, Department of Justice, in Washington, D.C., and the Assistant United States Attorney.

SO ORDERED, this 21st day of Feb, 2008.

_____
Carl Horn, III
United States Magistrate Judge
Western District of North Carolina